UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SPENCER NEAMAN, et al.<br><br>                    Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 2:16-cv-00217-JCM-PAL<br><br>ORDER |

This matter is before the court on Plaintiffs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed February 4, 2016. No answer has been filed. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiffs have failed to comply. Accordingly,

**IT IS ORDERED** Plaintiffs shall file their certificate of interested parties, which fully complies with LR 7.1-1 **no later than March 10, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 25th day of February, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE