# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SPENCER NEAMAN, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA EX REL UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendant(s). | Case No. 2:16-CV-217 JCM (PAL)<br><br>ORDER |

Presently before the court is the matter of *Neaman, et al. v. United State of America*, case no. 2:16-cv-00217-JCM-PAL.

Defendant United States of America filed a motion requesting a pretrial conference in advance of trial, currently set for June 18, 2018. (ECF No. 62). Plaintiffs Jacqueline and Spencer Neaman filed a response in support of scheduling a pretrial conference (ECF No. 63), and defendant replied (ECF No. 64).

As both parties are in agreement that a pretrial conference will be beneficial in this instance, the court will grant defendant's request.

Should defendant wish to schedule a settlement conference with a magistrate judge, defendant must do so in a separately filed motion.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that a pretrial conference be set for May 18, 2018, at 10:00 a.m.

DATED April 11, 2018.

_____
UNITED STATES DISTRICT JUDGE