DAYLE ELIESON
United States Attorney
District of Nevada
LINDSY M. ROBERTS
STEVEN W. MYHRE
Nevada Bar No. 9635
Assistant United States Attorneys
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov;
steven.myhre@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SPENCER NEAMAN and JACQUELINE NEAMAN, individually and as parents / guardians acting for and in behalf of F.N., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:16-cv-00217-JCM-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

Due to the scheduling conflict of counsel for the United States of America, the parties hereby stipulate and agree to continue the Status Conference currently set for May 30, 2018 at 11:00 a.m. before Judge James C. Mahan (ECF No. 72) to the agreed upon date and time of **June 1, 2018 at 10:30 a.m.**

Dated this 17th day of May 2018.

| G. ERIC NIELSON & ASSOCIATES | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Mark Dahl*<br>MARK DAHL<br>4790 S. Holladay Blvd.<br>Holladay, Utah 84117<br>*Attorney for Plaintiffs* | */s/ Lindsy M. Roberts*<br>LINDSY M. ROBERTS<br>STEVEN W. MYHRE<br>Assistant United States Attorneys<br>*Attorneys for the United States* |

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
DATED: May 17, 2018