# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| SPENCER NEAMAN, et al., | Case No. 2:16-CV-217 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| UNITED STATES OF AMERICA EX REL UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | |
| Defendant(s). | |

Presently before the court are three motions *in limine* filed by plaintiffs Spencer and Jacqueline Neaman ("plaintiffs"). (ECF Nos. 67, 70, 71). Defendant United States of America ("United States") responded. (ECF Nos. 75–77).

Pursuant to Local Rule 16-3, "[m]otions *in limine* will not be considered unless the movant attaches a statement certifying that the parties have participated in the meet-and-confer process and have been unable to resolve the matter without court action." LR 16-3(a). As used in the Local Rules, 'meet and confer' means "to communicate directly and discuss in good faith the issues required under the particular rule or court order." LR IA 1-3(f).

Plaintiffs have not filed with the court a statement certifying that they met and conferred with counsel for the United States. Further, the United States contends that plaintiffs in fact did not attempt to meet and confer with counsel for the United States. (ECF Nos. 75-77).

Accordingly, the court will not consider plaintiffs' motions *in limine* for failure to comply with Local Rule 16-3.

. . .

**James C. Mahan**
**U.S. District Judge**

## I. Conclusion

Accordingly,

IT IS HEREBY ORDERED that plaintiffs' motion *in limine* 1 (ECF No. 67) is DENIED.

IT IS FURTHER ORDERED that plaintiffs' motion *in limine* 2 (ECF No. 70) is DENIED.

IT IS FURTHER ORDERED that plaintiffs' motion *in limine* 3 (ECF No. 71) is DENIED.

DATED May 31, 2018.

                                          /s/ James C. Mahan
                                      UNITED STATES DISTRICT JUDGE